ORIGINAL

FILED

07/30/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0426

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0426

RANDY TEETS,

Petitioner,

v.

CAPTAIN JASON KOWALSKI,
MISSOULA COUNTY DETENTION FACILITY,

Respondent.

ORDER

FILED

JUL 3 0 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

In his Petition for Writ of Habeas Corpus, self-represented Petitioner Randy Teets maintains illegal incarceration because none of his three attorneys were "honoring [his] due process rights as [an] individual." He states that he fired his attorneys and that his conflict counsel quit the day of trial. We amend the caption to indicate that Teets is being held in jail pending his sentencing in Missoula County. Section 46-22-201(1)(c), MCA.

We secured a recent copy of the court's register of actions. Teets's underlying criminal case has not concluded in the District Court. The jury reached a verdict on June 4, 2024, and the register shows a July 15 motion to set a status of counsel hearing.

The attachment to Teets's petition—which is not, as he states, an affidavit—identifies his complaints, all relating to concerns about his trial and the alleged problems with his counsel's representation. While he has marked on the provided form that his bail is excessive, he gives no amount of bond and makes no related argument. The cause of Teets's incarceration is his pending criminal case in District Court. He has a remedy of direct appeal in that case once final judgment is entered. At this point, he has not set forth a viable claim for a writ of habeas corpus. Section 46-22-101(1), MCA.

IT IS THEREFORE ORDERED that Teets's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

IT IS FURTHER ORDERED that this matter is CLOSED as of this Order's date.

The Clerk is directed to provide a copy of this Order to: the Honorable John Larson, District Court Judge; Amy McGhee, Clerk of District Court, under Cause No. DC 22-0382, for distribution to counsel of record in the criminal case; Captain Kowalski, MCDF; counsel of record, and Randy Teets personally.

DATED this 30 day of July, 2024.

_____

_____

_____

_____

_____
Justices

2